JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o GARDEN RIDGE CORP.,

        2008 Civ.

    Plaintiff,

  - against -

        FRCP RULE 7.1
        **DISCLOSURE STATEMENT**

M/V OOCL CHINA, her engines, boilers, tackle,
apparel, etc., *in rem*; ORIENT OVERSEAS
CONTAINER LINE, LTD. *in personam*,

    Defendants.
------------------------------------------------------------X

    NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o GARDEN RIDGE CORP., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

    ACE LIMITED (NYSE: ACL) is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. GARDEN RIDGE CORP. is a publicly traded company (NASDAQ: GRDG).

Dated: New York, New York
       August 11, 2008
       115-947

                      CASEY & BARNETT, LLC
                      Attorneys for Plaintiff

            By: *[signature]*
                      Martin F. Casey (MFC-1415)
                      317 Madison Avenue, 21st Floor
                      New York, New York 10017
                      (212) 286-0225

08 CV 7138

RECEIVED
AUG 11 2008
U.S.D.C. S.D.N.Y.
CASHIERS